USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/1/2026___

# GOTTLIEB & ASSOCIATES
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

March 24, 2026

**VIA ECF**
The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *Herrera v. Woolrich, Inc.*
       Case No.: 1:26-cv-766

Dear Judge Torres,

The undersigned represents Plaintiff, Edery Herrera, on behalf of himself and all others similarly situated ("Plaintiff"), in the above-referenced action against Woolrich, Inc. ("Defendant"). Plaintiff respectfully requests a 60-day extension of the current deadline to submit the proposed Case Management Plan and Scheduling Order, as well as the Magistrate Consent Joint Letter, which are presently due on March 31, 2026 (Dkts. 7–8).

Counsel for the Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to retain counsel and for Defendant's Counsel to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an adjournment.

GRANTED. The parties shall file their joint letter and proposed case management plan by **June 1, 2026**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 9.

SO ORDERED.

Dated: March 31, 2026
       New York, New York

ANALISA TORRES
United States District Judge

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.